IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES C CURRY,

    Petitioner,

v.          CASE NO. 1:08-cv-00012-MP-AK

JAMES R MCDONOUGH,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that the Petition be denied and this cause be dismissed with prejudice. The petition was filed more than 10 years after the 1997 deadline of the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), 28 U.S.C. § 2244(d)(1)(A). In his petition and his objections to the Report and Recommendation, doc. 6, he simply argues the merits of his case, and does not provide any justification for find that his petition was timely. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This case is dismissed with prejudice and the Clerk is directed to close this file.

**DONE AND ORDERED** this *14th* day of October, 2008

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge